UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR05-00182-MJP-JPD |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| MARK GREGORY CARILLO, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on May 30, 2006. The United States was represented by Assistant United States Attorney Vincent T. Lombardi, and defendant by Mr. Ralph Hurvitz. The proceedings were recored on cassette tape.

The defendant had been charged and convicted of Conspiracy to Make and Pass False and Fictitious Securities, and on or about March 24, 2006, was sentenced by the Honorable Marsha J. Pechman to a term of five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance-abuse and mental-health treatment participation, consent to search and seizure, sixty (60) days of home confinement, maintaining a single checking account in his true name, no new credit, no possession of any driver's license, social security number, or birth certificate in any name other than his true name of Mark Carillo, attend Narcotics Anonymous meetings once a week for four (4)

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

months, financial disclosure, and restitution.

In a Petition for Warrant or Summons dated May 4, 2006, U.S. Probation Officer Felix Calvillo, Jr. asserted the following violations by defendant of the conditions of his supervised release:

Violation No. 1:  Using cocaine on or before April 28, 2006, in violation of the general condition that he refrain from any unlawful use of a controlled substance and standard condition No. 7.

Violation No. 2:  Failing to attend Narcotics Anonymous meetings once a week for four (4) months, in violation of special condition No. 15.

Violation No. 3:  Possessing a Washington State identification card in the name of Tony Lee Smith, in violation of the special condition No. 14 that he not possess identification in any name other than his true name of Mark Carillo.

The defendant was advised of the allegations, and advised of his rights.  Defendant admitted to the violations, and waived any rights to an evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to Violations No. 1, 2, and 3, and that the Court conduct a hearing limited to disposition.  A disposition hearing will be set before the Honorable Marsha J. Pechman at a date to be determined.

Pending a final determination by the Court, the defendant has been detained.

DATED this 30th day of May, 2006.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:         Honorable Marsha J. Pechman
      AUSA:                   Mr. Vincent T. Lombardi
      Defendant's attorney:   Mr. Ralph Hurvitz
      Probation officer:      Mr. Felix Calvillo, Jr.

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2